# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2618

Brice S. Cody

Appellant

v.

Prairie Ethanol, LLC

Appellee

_____

Appeal from U.S. District Court for the District of South Dakota - Sioux Falls
(4:11-cv-04123-KES)
_____

**MANDATE**

In accordance with the opinion and judgment of 08/15/2014, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 15, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit